# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**450**

**CA 10-01699**

PRESENT: SCUDDER, P.J., SMITH, LINDLEY, GREEN, AND GORSKI, JJ.

---

JANE RENNIE BLAKE, PLAINTIFF-RESPONDENT,

V                                          MEMORANDUM AND ORDER

KENNETH DARCY BLAKE, DEFENDANT-APPELLANT.
(APPEAL NO. 2.)

---

WATSON, BENNETT, COLLIGAN & SCHECHTER LLP, BUFFALO (KRISTIN L. ARCURI OF COUNSEL), FOR DEFENDANT-APPELLANT.

LIPSITZ GREEN SCIME CAMBRIA LLP, WILLIAMSVILLE (DENIS A. SCINTA OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

-------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Erie County (John F. O'Donnell, J.), entered July 15, 2010 in a divorce action. The order denied the quantum meruit application of defendant's attorney for counsel fees.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Same Memorandum as in *Blake v Blake* ([appeal No. 1] ___ AD3d ___ [Apr. 29, 2011]).

Entered:  April 29, 2011                          Patricia L. Morgan
                                                 Clerk of the Court